# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 17, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135053(9)

GRIEVANCE ADMINISTRATOR,
ATTORNEY GRIEVANCE COMMISSION,
STATE OF MICHIGAN,
        Petitioner-Appellee,

v

PATRICIA COOPER,
        Respondent-Appellant.

SC: 135053
ADB: 06-000036-GA

_____

On order of the Chief Justice, the motion by Varnum, Riddering, Schmidt & Howlett LLP and John W. Allen for leave to file a brief *amicus curiae* is considered and it is GRANTED. The motion for leave to participate in oral argument is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 17, 2008

_____
Clerk